THE CITY OF NEW YORK, Appellant, *v.* FIFTH AVENUE COACH COMPANY, Respondent.

(Argued April 18, 1933; decided May 23, 1933.)

482

*Arthur J. W. Hilly, Corporation Counsel (Joseph A. Devery* and *William E. C. Mayer* of counsel), for appellant.
*Frederick H. Wood, Royal E. T. Riggs* and *Edward S. Pinney* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: LEHMAN and HUBBS, JJ.